IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JIHAAD HARRISON,<br>          Plaintiff,<br><br>    v.<br><br>SUPERINTENDENT PATRICIA<br>THOMPSON, et al.,<br>          Defendants. | C.A. No. 24-42 Erie<br><br>**District Judge Susan Paradise Baxter**<br>**Chief Magistrate Judge Richard Lanzillo** |

## MEMORANDUM ORDER

This is a *pro se* civil rights action filed by Plaintiff Jihaad Harrison, a transgender female inmate incarcerated at the State Correctional Institution at Albion, Pennsylvania ("SCI-Albion"), pursuant to 42 U.S.C. § 1983, against seven individuals employed by the Pennsylvania Department of Corrections ("DOC"). This matter was referred to Chief United States Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. §636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

On March 13, 2024, Plaintiff filed a motion for a preliminary injunction and a mediation hearing [ECF No. 5], requesting that the Court issue an Order preventing the DOC from transferring her to any of the sixteen SCI's that currently house any of her twenty-seven "enemies" who are named in her motion.

On March 15, 2024, Judge Lanzillo issued a Report and Recommendation ("R&R") recommending that Plaintiff's motion for preliminary injunction be denied because she has failed to allege facts demonstrating either a likelihood of success on the merits or immediate irreparable harm [ECF No. 6]. In addition, the R&R notes that Plaintiff's motion "asks the Court to interject

itself directly into matters of routine prison administration, which the Court is loath to do." (Id. at p. 5). Objections to the R&R were due to be filed by April 1, 2024; however, no objections have been received by the Court.

Thus, after *de novo* review of Plaintiff's motion and other documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 18th day of April, 2024;

IT IS HEREBY ORDERED that Plaintiff's motion for a preliminary injunction and a mediation hearing [ECF No. 5] is DENIED. The report and recommendation of Chief Magistrate Judge Lanzillo, issued March 15, 2024 [ECF No. 6], is adopted as the opinion of the court.

Susan Paradise Baxter

SUSAN PARADISE BAXTER
United States District Judge

cc: The Honorable Richard A. Lanzillo
Chief United States Magistrate Judge